December 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JAMIE A. ROBINSON, AS BENEFICIARY ON BEHALF OF THE JAMIE A. ROBINSON 1967 TRUST, JAMIE ROGINSON, INDIVIDUALLY, JAMIE A. ROINSON, AS BENEFICIARY ON BEHALF OF IRREVOCABLE GRANTOR TRUST NO. 6, FIGHTERTOWN, INC., 906 TOULOUSE STREET, LLC, JIM A ROBINSON FOUNDATION, INC., AND DILLAGAF, INC., Appellants

NO. 14-11-00592-CV                          V.

EDWARD A. RENN & WITHERS BERGMAN, LLP, Appellees
_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 15, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JAMIE A. ROBINSON, AS BENEFICIARY ON BEHALF OF THE JAMIE A. ROBINSON 1967 TRUST, JAMIE ROBINSON, INDIVIDUALLY, JAMIE A. ROBINSON, AS BENEFICIARY ON BEHALF OF IRREVOCABLE GRANTOR TRUST NO. 6, FIGHTERTOWN, INC., 906 TOULOUSE STREET, LLC, JIM A ROBINSON FOUNDATION, INC., AND DILLAGAF, INC., jointly and severally.

We further order this decision certified below for observance.